UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



L.H., as Mother and Next Friend,
JUANITA MATTHEWS,

        Plaintiff,

v.                                    Civil No. 2:15cv382

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

        Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Social Security Acting Commissioner ("Commissioner") denying Plaintiff's application for Supplemental Security Income benefits ("SSI") under Title XVI of the Social Security Act. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, and by order of reference dated November 16, 2015, this matter was referred to a United States Magistrate Judge for a Report and Recommendation.

In a Report and Recommendation ("R&R") filed June 21, 2016, the Magistrate Judge found that the Administrative Law Judge's decision to deny Plaintiff's claim was supported by substantial evidence. *See* ECF No. 22 at 33. Accordingly, the Magistrate Judge recommended granting the Commissioner's motion for summary judgment, denying Plaintiff's motion for summary judgment and affirming the final decision of the Commissioner. *Id.* at 35.

By copy of the R&R, each party was advised of the right to file written objections to the

findings and recommendations made by the Magistrate Judge within fourteen days from the date the R&R was mailed, pursuant to Rule 6(a) of the Federal Rules of Civil Procedure. The time for filing written objections has passed, and neither party has filed objections. As indicated in the R&R, "failure to file timely specific written objections to the . . . findings and recommendations [set forth in the R&R] will result in a waiver of the right to appeal from a judgment of this Court based on such findings and recommendations." *Id.* at 36.

This Court has reviewed the R&R (ECF No. 22) and hereby **ADOPTS** and **APPROVES** in full the findings and recommendations set forth therein. Accordingly, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (ECF No. 19) is **GRANTED**, Plaintiff's Motion for Summary Judgment (ECF No. 15-16) is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. Judgment shall be entered in favor of the Commissioner.

The Clerk is **REQUESTED** to send a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
_____
Arenda L. Wright Allen
United States District Judge

July 15, 2016
Norfolk, Virginia